1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH ODELL, | Case No.: 4:21-cv-07165-HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| HYUNDAI CAPITAL AMERICA; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

- 1 -
ORDER

     Based on the stipulation of Plaintiff Deborah Odell and Defendant Hyundai Capital America ("HCA") to extend time for HCA to respond to the Complaint, and good cause appearing, the Court hereby APPROVES the Stipulation.

     It is ORDERED that Hyundai Capital America shall file a response to the Complaint by December 20, 2021.

**DATED:** 11/22/2021