UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Deborah Odell,

Plaintiff(s),

v.

Hyundai Capital America; Experian Information Solutions, Inc.; Trans Union LLC; and Equifax Information Services, LLC

Defendant(s).

Case No. 4:21-cv-07165-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Leonard A. Bennett, an active member in good standing of the bar of Virginia and North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Deborah Odell in the above-entitled action. My local co-counsel in this case is Craig C. Marchiando, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 283829.

| 763 J. Clyde Morris. Blvd., Suite 1-A, Newport News, VA 23601 | Four Embarcadero Center, Suite 1400, San Francisco, CA 94111 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 757-930-3660 | 757-930-3660 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lenbennett@clalegal.com | craig@clalegal.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: VSB: 37523.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2021

Leonard A. Bennett
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Leonard A. Bennett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/15/2021

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Leonard Anthony Bennett

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1994.

I further certify that so far as the records of this office are concerned, Leonard Anthony Bennett is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 27th day of October
A.D. 2021

By: *[signature]*
Deputy Clerk

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby certify that on April 7, 1995, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Leonard A. Bennett

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this October 26, 2021.

*Amy L. Funderburk*
Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina