Jason S. Roberts, Esq. (CSB #221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  jroberts@schuckitlaw.com
Counsel for Defendant
TRANS UNION, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DEBORAH ODELL,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>HYUNDAI CAPITAL AMERICA; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC;<br>　　　　Defendants. | CASE NO. 4:21-cv-07165-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Deborah Odell ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: July 18, 2022　　　　　　　　　　　　　/s/ Craig C. Marchiando (with consent)
　　　　　　　　　　　　　　　　　　　　　　　Craig C. Marchiando, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Leonard A. Bennett, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH ODELL


Date: July 19, 2022　　　　　　　　　　　　　/s/ Jason S. Roberts
　　　　　　　　　　　　　　　　　　　　　　　Jason S. Roberts (SBN 221978)
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　TRANS UNION, LLC

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 4:21-CV-07165-HSG**

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Deborah Odell and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 7/19/2022

_____
JUDGE, United States District Court, Northern District of California