Thomas P. Quinn, Jr. (State Bar No. 132268)
Nokes & Quinn, APC
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEBORAH ODELL,<br><br>    Plaintiff,<br><br>    v.<br><br>HYUNDAI CAPITAL AMERICA; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 4:21-cv-07165-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Deborah Odell, and Defendant, Equifax Information Services, LLC ("Equifax"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned action and all claims asserted by Plaintiff against Defendant Equifax therein are hereby voluntarily dismissed with prejudice in their entirety against Defendant Equifax. The Parties shall each bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: August 25, 2022					DEBORAH ODELL

							*/s/ Craig C. Marchiando*
							Craig C. Marchiando, Esq., (SBN 283829)
							Leonard A. Bennett, Esq., (pro hac vice)
							CONSUMER LITIGATION ASSOCIATES, P.C.
							Four Embarcadero Center, Suite 1400
							San Francisco, CA 94111
							Telephone: (757) 930-3660
							Facsimile: (757) 930-3662
							Email: lenbennett@clalegal.com
							Email: craig@clalegal.com

							*Attorney for Plaintiff, Deborah Odell*

Dated: August 25, 2022					EQUIFAX INFORMATION SERVICES, LLC

							*/s/ Thomas P. Quinn, Jr.\**
							Thomas P. Quinn, Jr.(SBN 132268)
							NOKES & QUINN
							410 Broadway, Suite 200
							Laguna Beach, California 92651
							Telephone:(949) 376-3500
							Facsimile:(949) 376-3070
							Email: tquinn@nokesquinn.com

							*Attorney for Defendant*
							*Equifax Information Services, LLC*

							*\*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY - 4:21-CV-07165-HSG

1  THE COURT having reviewed the Parties' Stipulation for Dismissal with Prejudice DOES HEREBY ORDER that Equifax Information Services, LLC is dismissed with prejudice. Plaintiff and Equifax Information Services, LLC shall each bear their respective costs and fees.

BY THE COURT:

___8/25/2022_____
DATE:                                                     *Haywood S. Gilliam Jr.* (signature)
                                                          HON. Haywood S. Gilliam, Jr.