1  Craig C. Marchiando, Esq. (CSB #283829)
2  Consumer Litigation Associates, P.C.
3  763 J. Clyde Morris Blvd., Suite 1-A
   Newport News, VA 23601
4  Telephone:  (757) 930-3660
5  Fax:  (757) 930-3662
   E-Mail:  craig@clalegal.com
6
7  Counsel for Plaintiff
8
9             IN THE UNITED STATES DISTRICT COURT
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND DIVISION
11

12  DEBORAH ODELL,

13         Plaintiff,                    Case No. 4:21-cv-07165-HSG

14      v.                               **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

15  HYUNDAI CAPITAL AMERICA;
    EXPERIAN INFORMATION
16  SOLUTIONS, INC.; TRANSUNION,
    LLC; and EQUIFAX INFORMATION
17  SERVICES, LLC,

18         Defendants.

19

20

21       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff,

22  Deborah Odell, and Defendant, Experian Information Solutions, Inc. ("Experian"),

23  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned

24  action and all claims asserted by Plaintiff against Defendant Experian therein are hereby

25  voluntarily dismissed with prejudice in their entirety against Defendant Experian.  The

26  Parties shall each bear their own attorneys' fees and costs.

27

28

IT IS SO STIPULATED.

Dated: August 29, 2022        DEBORAH ODELL

<u>/s/ *Craig C. Marchiando*</u>  *
Craig C. Marchiando, Esq., (SBN 283829)
Leonard A. Bennett, Esq., (pro hac vice)
CONSUMER LITIGATION ASSOCIATES, P.C.
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Attorney for Plaintiff, Deborah Odell*

Dated: August 29, 2022        EXPERIAN INFORMATION SOLUTIONS, INC.

<u>/s/ *Angela M. Taylor*</u>
Angela M. Taylor.(SBN 210425)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:(949) 553-7549
Facsimile:(949) 553-7539
Email: angelataylor@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

*\*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

1  THE COURT having reviewed the Parties' Stipulation for Dismissal with Prejudice DOES HEREBY ORDER that Experian Information Solutions, Inc. is dismissed with prejudice. Plaintiff and Experian Information Solutions, Inc. shall each bear their respective costs and fees.

BY THE COURT:

_____8/29/2022_____  
DATE:                              HON. Haywood S. Gilliam, Jr.