Craig C. Marchiando, Esq. (CSB #283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Fax: (757) 930-3662
E-Mail: craig@clalegal.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEBORAH ODELL,<br><br>       Plaintiff,<br><br>    v.<br><br>HYUNDAI CAPITAL AMERICA; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>       Defendants. | Case No. 4:21-cv-07165-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HYUNDAI CAPITAL AMERICA** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Deborah Odell, and Defendant, Hyundai Capital America, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above captioned action and all claims asserted by Plaintiff against Defendant Hyundai therein are hereby voluntarily dismissed with prejudice in their entirety against Defendant Hyundai. The Parties shall each bear their own attorneys' fees and costs. Since there are no remaining claims or Defendants in the action, the Court should order the entire action dismissed with prejudice.

IT IS SO STIPULATED.

Dated: September 8, 2022

DEBORAH ODELL

/s/ Craig C. Marchiando *
Craig C. Marchiando, Esq., (SBN 283829)
Leonard A. Bennett, Esq., (pro hac vice)
CONSUMER LITIGATION ASSOCIATES, P.C.
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Attorney for Plaintiff, Deborah Odell*

Dated: September 8, 2022

HYUNDAI CAPITAL AMERICA

/s/ Zachary C. Frampton
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
        Email: zac.frampton@hklaw.com
*Attorney for Defendant
Hyundai Capital America*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

STIPULATION AND OF DISMISSAL WITH PREJUDICE AS TO HYUNDAI CAPITAL AMERICA – 4:21-CV-07165-HSG

THE COURT having reviewed the Parties' Stipulation for Dismissal with Prejudice DOES HEREBY ORDER that Hyundai Capital America is dismissed with prejudice. Plaintiff and Hyundai shall each bear their respective costs and fees.

Because there are no remaining Defendants in this action, the Court hereby dismisses the action with prejudice.

BY THE COURT:

___9/8/2022___   *Haywood S. Gilliam Jr.*
DATE:            HON. Haywood S. Gilliam, Jr.